# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN D. MOTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  1:19-cv-00733-AKK-HNJ |
| | ) | |
| CALHOUN COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 13, 2019, recommending that this action be dismissed without prejudice.  Doc. 12.  The magistrate judge was unable to reach Plaintiff Jonathan Moten at his address of record, doc. 10, and ordered Moten to supply the court with his current address within fifteen days.  Doc. 11.  After Moten failed to do so, the magistrate judge recommended dismissing the case without prejudice for lack of prosecution.  Doc. 12.  Although the magistrate judge advised Moten of his right to file specific written objections within fourteen days, *id.*, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  In accordance with

28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for lack of prosecution.

A final judgment will be entered separately.

**DONE** the 30th day of September, 2019.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE
